UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUS SIGNATURE HOSPITALITY LLC, et al.<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, et al.<br>Defendants. | Case No. 26-cv-00573-NW<br>**JUDGMENT**<br>Re: Dkt. No. 47 |

On November 3, 2026, the Court entered an order granting Defendants' motion for summary judgment and denying Plaintiffs' motion for summary judgment. ECF No. 47. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Noël Wise
United States District Judge